UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BERNARD BAGSBY, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FOX, et al., <br><br> Defendants. | No. 2:18-cv-2003 TLN DB P <br><br> FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On December 5, 2018, plaintiff's complaint was dismissed with leave to amend, and he was granted thirty days within which to file an amended complaint. That thirty-day period has now expired, and plaintiff has not filed a pleading or otherwise responded to the Court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1 | "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2 | failure to file objections within the specified time may waive the right to appeal the District
3 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4 | Dated:  January 28, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Substantive/bags2003.fta