UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BERNARD BAGSBY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FOX, et al.,<br><br>Defendants. | No. 2:18-cv-2003 TLN DB P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

     Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On December 5, 2018, plaintiff's complaint was dismissed because his allegations were so brief and conclusory that it was impossible to determine the nature of his claim. (ECF No. 7.) The Court did note, however, that there were two references to plaintiff's custody term, suggesting that plaintiff intended to file a habeas petition instead of a civil rights case. Plaintiff was then granted thirty days within which to file an amended complaint if that was his true intent. When that thirty-day period expired without the filing of a pleading or any response from plaintiff, the Court issued findings and recommendations to dismiss this action. (ECF No. 10.)

     Plaintiff has now filed objections to which is attached a copy of a petition for writ of habeas corpus concerning the impact of Proposition 57 on his sentence. (ECF No. 11.) It thus appears that plaintiff indeed sought to initiate an action challenging his term of incarceration.

Generally, although a district court may construe a habeas petition by a prisoner attacking the conditions of his confinement as a civil rights action under 42 U.S.C. § 1983, see <u>Wilwording v. Swenson</u>, 404 U.S. 249, 251 (1971), the opposite is not true: A civil rights complaint seeking habeas relief should be dismissed without prejudice to bringing it as a petition for writ of habeas corpus. See <u>Trimble v. City of Santa Rosa</u>, 49 F.3d 583, 586 (9th Cir. 1995). Accordingly, this action should be dismissed without prejudice to Plaintiff's refiling as a petition for habeas corpus pursuant to 28 U.S.C. § 2254.

Accordingly, IT IS HEREBY ORDERED that the January 29, 2019, findings and recommendations (ECF No. 10) are VACATED; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice to plaintiff refiling a petition for writ of habeas corpus.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 27, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Substantive/bags2003.dism hab